# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL A. CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-18-467-R |
| NIKKI GILLESPIE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Gary M. Purcell, Doc. 10, recommending denial of Plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP"), Doc. 9. Plaintiff is a pro se state prisoner suing under 42 U.S.C. § 1983. Plaintiff's current inmate account balances reflect a total of $1,298.54. Doc. 9, at 9. Plaintiff filed a timely objection in which he concedes that he has the funds in his account to pay the $400 filing fee, but contends that officials at Cimarron Correctional Facility refuse to unfreeze the account. Doc. 11. The Report and Recommendation (Doc. 10) is hereby ADOPTED, and his Motion for Leave to Proceed IFP (Doc. 9) is DENIED. Plaintiff has until July 4, 2018, to pay the full $400 filing fee or show that he requested Cimarron to pay the fee and they refused.

IT IS SO ORDERED this 13th day of June, 2018.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE