# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-18-467-R |
| NIKKI GILLESPIE, et al., | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Supplemental Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered August 15, 2019 [Doc. 48], wherein he recommends that Plaintiff's Complaint be dismissed without prejudice due to Plaintiff's failure to pay the required filing fee and/or prosecute this action. No objection to the Report and Recommendation has been filed, nor has Plaintiff sought an extension of time in which to object. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of October 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE