# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL CAMPBELL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-18-467-R |
| | ) |
| **NIKKI GILLESPIE, et al.,** | ) |
| | ) |
| **Respondent.** | ) |

## JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's Complaint is DISMISSED.

ENTERED this 7th day of October 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE